IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03281-RPM

ANNALEE MARTIN,

    Plaintiff,

v.

THE HOMESTEAD AT MONTROSE, INC.,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to te Notice of Stipulation of Dismissal [20] filed today, it is

    ORDERED that this action is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

    DATED: August 21st, 2013

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge